IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
CHRISTOPHER CURTIS MCGILL,      )
                                )
          Plaintiff,            )
                                )
     v.                         )    1:23-cv-955
                                )
D. LOCKLEAR, J. OSUNA,          )
JOHN DOE, JOHN DOE 2,           )
JOHN DOE 3, and JOHN DOE 4,     )
                                )
          Defendants.           )
```

## ORDER

On November 21, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 14th day of March, 2024.

                                  */s/ William L. Osteen, Jr.*
                                  United States District Judge